# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 538 MAL 2016

   Respondent

       : Petition for Allowance of Appeal from
       : the Order of the Superior Court

   v.

SUNNY ZHU,

   Petitioner


COMMONWEALTH OF PENNSYLVANIA, No. 539 MAL 2016

   Respondent

       Petition for Allowance of Appeal from
       the Order of the Superior Court

   v.


SUNNY ZHU,

   Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 540 MAL 2016

   Respondent

       : Petition for Allowance of Appeal from
       : the Order of the Superior Court

   v.

SUNNY ZHU,

   Petitioner


COMMONWEALTH OF PENNSYLVANIA, No. 541 MAL 2016

   Respondent

       Petition for Allowance of Appeal from
       the Order of the Superior Court

   v.

SUNNY ZHU,

        Petitioner

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.